**Order entered March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00003-CV

### BCH DEVELOPMENT, LLC AND BLANCHARD HOMES, LLC, Appellants

### V.

### LAKEVIEW HEIGHTS ADDITION PROPERTY OWNERS' ASSOCIATION AND BARBARA WOHLRABE, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05900-A**

## ORDER

We **GRANT** appellants' unopposed motion to file amended brief and **ORDER** the brief be filed no later than April 1, 2014.

/s/    ELIZABETH LANG-MIERS
         JUSTICE